UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**BRANDT HERSH and MICHELE GLATTER**,

Plaintiffs,

v.

**STATE FARM FIRE AND CASUALTY COMPANY,** *et al.*,

Defendants.

Civil Action No. 24-6809 (ZNQ) (JTQ)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Remand filed by Plaintiffs Brandt Hersh and Michelle Glatter (collectively, "Plaintiffs") (the "Motion," ECF No. 10.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **9th** day of **January 2025**,

**ORDERED** that Plaintiffs' Motion (ECF No. 10) is hereby **GRANTED**; and it is further

**ORDERED** that the matter is hereby **REMANDED** to the Superior Court of New Jersey, Law Division, Monmouth County.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**